UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

| | | |
|---|---|---|
| **JOHN J. DUBOIS**<br>    **Plaintiff,** | :: | **Case No.  6:06cv-90** |
| | :: | **Judge Caldwell** |
| vs. | :: | |
| **BANK OF AMERICA, N.A. (USA),** et al.<br>    **Defendants** | ::<br><br>:: | |

**Stipulation Substituting Real Party in Interest**

    Based upon counsel for Bank of America, NA's representation that plaintiff has brought suit against the wrong entity for Bank of America and that the real party in interest is Bank of  America, N.A. (USA) and not Bank of America, N.A., counsel and the respective parties involved agree and stipulate as follows:

    It is hereby stipulated and agreed by and between the parties involved and their respective counsel that the plaintiff may substitute Bank of America, N.A. (USA) for Bank of America, N.A. as a defendant and true party in interest who has been served in this action;

    It is further stipulated and agreed that all claims against Bank of America, N.A. be hereby dismissed without prejudice as to refiling;

    It is further stipulated and agreed that the defendant, Bank of America, N.A. (USA) has already appeared and Answered in this matter so that it need not file any additional responsive pleading to the complaint of the plaintiff.

                                                **/s/Steven C. Shane**
                                                Steven C. Shane (0041124)
                                                Trial Attorney for Plaintiff
                                                321 Fairfield Ave.
                                                P.O. Box 73067
                                                Bellevue, Ky. 41073
                                                (859) 431-7800
                                                (859) 431-3100 facsimile

and


**/s/Lynn Fieldhouse**
Lynn Fieldhouse
Tachau, Maddox, Hovious & Dickens PLC
101 South Fifth Street
2700 National City Tower
Louisville, Kentucky 40202-3116
502.992.5045 (direct dial)
502.588.2020 (fax)