UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 06-90

JOHN J. DUBOIS, PLAINTIFF

v.

BANK OF AMERICA, N.A., and
TRANS UNION, LLC, DEFENDANTS

\* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 06-92

JOHN J. DUBOIS, PLAINTIFF

v.

DELL FINANCIAL SERVICES, LP and
TRANS UNION, LLC, DEFENDANTS

**OPINION AND ORDER**

\* \* \* \* \* \* \* \* \*

These matters are before the Court on the parties' status reports regarding whether these matters should be consolidated and the Defendants' Motion for Status Conference (Action No. 6-90-KKC, Rec. No. 25; Action No. 6-92, Rec. No. 17).

Rule 42 of the Federal Rules of Civil Procedure provides that, "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may

make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a).

In deciding whether to consolidate cases, the court must consider "[w]hether the specific risks of prejudice and possible confusion [are] overborne by the risk of inconsistent adjudications of common factual and legal issues, the burden on parties, witnesses and available judicial resources posed by multiple lawsuits, the length of time required to conclude multiple suits as against a single one, and the relative expense to all concerned of the single-trial, multiple-trial alternatives. *Cantrell v. GAF Corporation*, 999 F.2d 1007, 1011 (6th Cir. 1993).

In both of these actions, the Plaintiff charges that the Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681. The Plaintiff names Trans Union as a defendant in both cases, charging that it published and disseminated false information about him. In Action No. 6-90, the Plaintiff also sues Bank of America, alleging that it furnished the false information to Trans Union. In Action No. 6-92, the Plaintiff alleges that Dell Financial Services, LP furnished the false information to Trans Union.

These two actions involve common questions of law or fact. For example, both cases involve the issues of whether Trans Union did, in fact, publish and disseminate false information about the Plaintiff; and any procedures Trans Union employs to assure the maximum possible accuracy of its credit reports; to reinvestigate any disputed information contained in credit reports; and to notify the furnisher of information of the disputed information. Both cases will require testimony from the Plaintiff and Trans Union representatives and, presumably, the Plaintiff's ex-wife.

Neither party has argued that there are any specific risks of prejudice or confusion in consolidating these cases and the Court does not find that any such prejudice or confusion will result

from consolidation. There is, however, a risk of inconsistent adjudications of the common factual and legal issues in this action if the cases are tried separately. Further, if these actions proceed on two different tracks, it would be more burdensome, expensive and time consuming for the common witnesses and parties as well as the Court. Weighing all of these factors, the Court will Order that these matters be consolidated. If, as discovery and other matters proceed in these actions, any party should determine that there is any prejudice in jointly trying these actions, that party should file a motion to sever these matters for trial.

In their motions for status conference, the Defendants ask for a conference to discuss the pending issue of consolidation and the parties' required meeting and report under Fed. R. Civ. P. 26(f). The issue of consolidation is resolved with this Opinion and Order. The Court will enter an Order for Meeting and Report addressing the parties' requirements under Rule 26(f) with respect to these consolidated actions. Accordingly, the Defendants' motions for status conference will be DENIED.

ACCORDINGLY, the Court hereby ORDERS the following:

1) these actions shall be consolidated into Civil Action No. 06-90-KKC as of this date;

2) the parties SHALL file any future pleadings in these actions in Civil Action No. 06-90-KKC;

3) the Defendants' Motions for Status Conference (Action No. 6-90-KKC, Rec. No. 25; Action No. 6-92, Rec. No. 17) are DENIED.

This 27th day of June, 2006.



**Signed By:**

*Karen K. Caldwell*
**United States District Judge**