UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Eastern District of Kentucky
FILED
AUG 2 1 2006
AT FRANKFORT
LESLIE G WHITMER
CLERK U S DISTRICT COURT

JOHN J. DUBOIS      PLAINTIFF

v.                                            NO. 6:06-cv-00090-KKC

BANK OF AMERICA, N.A. (USA), et al.           Electronically Filed
                          DEFENDANTS

### AGREED ORDER PARTIALLY DISMISSING CASE

\*\*     \*\*     \*\*     \*\*

The Court, having been informed by the parties that plaintiff John J. Dubois and defendant Bank of America, N.A. (USA) have reached an agreement settling all claims in this action, and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims in this matter between these two parties are dismissed, with prejudice, each party to bear its own costs.

This 20 day of August, 2006.

_Karen Caldwell_
JUDGE KAREN K. CALDWELL

HAVING SEEN AND AGREED:


/s/ Steven C. Shane
Steven C. Shane
*Trial Attorney for Plaintiff*
321 Fairfield Avenue, First Floor
Bellevue, Kentucky 41073
(859) 431-7800
(859) 431-3100 (fax)

shanelaw@fuse.net


*Counsel for Defendant, Bank of America, N.A. (USA)*

/s/ Lynn K. Fieldhouse
TACHAU MADDOX HOVIOUS & DICKENS, PLC
Victor B. Maddox
Lynn K. Fieldhouse
2700 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3116
(502) 588-2000
(502) 588-2020 (fax)