UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

---

| | |
|---|---|
| JOHN J. DUBOIS,<br>    Plaintiff,<br><br>    vs.<br><br>TRANS UNION, LLC; and<br>DELL FINANCIAL SERVICES, LP;<br>    Defendants. | CASE NO. 6:06-cv-00090-KKC<br>**ELECTRONICALLY FILED**<br><br>Judge Robert E. Wier |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

---

Plaintiff John J. DuBois, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear their own costs and attorneysø fees.

 

Respectfully submitted,

Dated:  April 6, 2007

 *s/ Steven C. Shane (with consent)*
Steven C. Shane, Esq.
321 Fairfield Avenue
P.O. Box 73067
Bellevue, KY  41073
Telephone:  859-431-7800
Fax:  859-431-3100
E-Mail:  shanelaw@fuse.net

*Counsel for John J. Dubois*

Dated: April 6, 2007

*s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (IN #24528-49)
Christopher T. Lane, Esq. (IN #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: cnicodemus@schuckitlaw.com
E-Mail: clane@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*

Gregory E. Mayes, Esq.
Bradley E. Cunningham, Esq.
Middleton Reutlinger
2500 Brown & Williamson Tower
Louisville, KY 40202
Telephone: 502-584-1135
Fax: 502-561-0442
E-Mail: gmayes@middreut.com
E-Mail: bcunningham@middreut.com

*Local Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** has been filed electronically on the **6th day of April, 2007**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Steven C. Shane, Esq.<br>shanelaw@fuse.net | Cornelius E. Coryell II, Esq.<br>ccoryell@wyattfirm.com |
|---|---|
| Gregory E. Mayes, Esq.<br>gmayes@middreut.com | Bradley E. Cunningham, Esq.<br>bcunningham@middreut.com |
| Jean W. Bird, Esq.<br>jbird@wyattfirm.com | |

The undersigned further certifies that a true copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **6th day of April, 2007**, properly addressed as follows:

| None | |
|---|---|

 *s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (IN #24528-49)
Christopher T. Lane, Esq. (IN #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cnicodemus@schuckitlaw.com
E-Mail:  clane@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*