UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL NO. 06-90-KKC

JOHN J. DUBOIS                                                                            PLAINTIFF


VS:                                                   ORDER


DELL FINANCIAL SERVICES, LP
and TRANS UNION, LLC, et al.                                                  DEFENDANTS

* * * * * *

Counsel have informed the undersigned that this action has settled between all parties.

Accordingly,

IT IS ORDERED that the settlement conference set for April 16, 2007 is CANCELLED.

This the 9th day of April, 2007.


Signed By:

Robert E. Wier

United States Magistrate Judge