**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| JOHN J. DUBOIS, | CASE NO. 6:06-cv-00090-KKC |
| Plaintiff, | **ELECTRONICALLY FILED** |
| vs. | Judge Robert E. Wier |
| TRANS UNION, LLC; and DELL FINANCIAL SERVICES, LP; Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff John J. DuBois, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff John J. DuBois against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff John J. DuBois and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.