## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## at LONDON

| | | |
|---|---|---|
| John J. Dubois, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  6:06cv-90 |
| | ) | Judge Karen K. Caldwell |
| Dell Financial Services, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**UPON THE AGREEMENT** of the Plaintiff and Dell Financial Services, L.P. and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that all claims between them be and hereby are dismissed, with prejudice, each party to bear his or its own costs.

**IT IS SO ORDERED** this _____ day of _____, 2007.

**HAVE SEEN AND AGREED:**

*/s/Steven C. Shane*                          */s/Jean W. Bird*
Steven C. Shane (0041124)          Jean W. Bird
Trial Attorney for Plaintiff              Trial Attorney for Defendant
321 Fairfield Ave.                          Wyatt, Tarrant & Combs, LLP
P.O. Box 73067                             500 W. Jefferson Street, Ste. 2800
Bellevue, Ky. 41073                       Louisville, Ky 40202
(859) 431-7800                             (502) 562-7316
(859) 431-3100 facsimile              (502) 589-0309 facsimile
shanelaw@fuse.net                        jbird@wyattfirm.com

20281742.0